■ CHARLES MARZULLO, an Infant, by FRANK MARZULLO, His Guardian ad Litem, et al., Appellants, v. RONALD KORBA, an Infant, by LILLIAN KORBA, His Guardian ad Litem, Respondent.— In an action by an infant to recover damages for personal injuries, and by his father for medical expenses and loss of services, the appeal is from an order denying a motion for summary judgment striking out the answer (Rules Civ. Prac., rule 113). Order affirmed, without costs. No opinion. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ SYLVIA MINER et al., Appellants, v. CITY OF YONKERS et al., Respondents.— In an action (1) for a judgment declaring illegal and void General Ordinance No. 15-1958 of the City of Yonkers, amending the Building Zone Ordinance of the City of Yonkers so as to change the zone classification of a stated area, and (2) for other relief, the appeal is from a judgment dismissing the complaint after trial. Judgment unanimously affirmed, with one bill of costs. The power to amend, supplement, or change the zoning ordinance is granted by section 83 of the General City Law, and the challenged ordinance was adopted in compliance with that section. (Cf. *Homefield Assn. of Yonkers* v. *Frank*, 273 App. Div. 788, affd. 298 N. Y. 524; *Lo Cascio* v. *Kristensen*, 280 App. Div. 835; *Rohlman* v. *City of Yonkers*, 275 App. Div. 842.) Present — Wenzel, Acting P. J., Ughetta, Hallinan and Kleinfeld, JJ.; Murphy, J., deceased.

■ THERESA PROCIDA, Appellant, v. ALFRED V. PROCIDA, Respondent.— Appeal from an order denying appellant's application to modify a judgment of separation so as to increase the support for herself and the infant son of the marriage from $34 a week to $60 a week, and for a counsel fee in connection with said application. The other son of the parties has attained his majority and is attending a medical school. Respondent, who has a take-home pay of $105 a week, is paying for this son's tuition and support at the rate of approximately $40 a week. Order affirmed, without costs. No opinion. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.